**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JERRY HARTMAN, on behalf of
himself and those similarly situated,

    Plaintiff,

v.                                                      CASE NO: 8:08-cv-577-T-26TGW

MEDIA SYSTEMS, INC.,

    Defendant.
_____/

## O R D E R

Upon due consideration of the well-pleaded allegations of Defendant's counterclaim, it is ordered and adjudged that Plaintiff's Motion to Dismiss (Dkt. 12), which mounts a facial attack on the subject matter jurisdiction of this Court, is denied because this Court is not prepared to make an informed decision at the pleading stages of this proceeding as to whether the claims alleged in the counterclaim are so related to Plaintiff's claim under the Fair Labor Standards Act "that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a). The Court would prefer to make this determination within the context of a motion for summary judgment after full and complete discovery. Furthermore, even if the Court were to construe the counterclaim as permissive in nature, Defendant would still have the right to seek relief in the form of a setoff. See Carhart v. Gulfstream Home, Inc., 2008 WL 2415032 *2 (M.D. Fla. June 12, 2008). Plaintiff shall file his answer and defenses to the counterclaim within ten (10) days of this order.

**DONE AND ORDERED** at Tampa, Florida, on July 1, 2008.

                                          s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA
                                        UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record