UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY HARTMAN, on behalf of himself
and those similarly situated,

    Plaintiff,

v.                                        CASE NO: 8:08-cv-577-T-26TGW

MEDIA SYSTEMS, INC.,

    Defendant.
_____/

## O R D E R

Upon due consideration of Plaintiff's submissions, it is ordered and adjudged that Plaintiff's Motion for Partial Summary Judgment (Dkt. 26) is denied for two reasons. First, Plaintiff fails to negative, much less address, the two affirmative defenses advanced by Defendant to the effect that (1) Plaintiff received additional compensation in the form of bonuses and thus received all required payments from Defendant and (2) Plaintiff failed to perform all the required functions of his employment, resulting in a failure of consideration. Second, Plaintiff fails to address the claims raised in Defendant's counterclaims as suggested in this Court's order of July 1, 2008, entered at docket 13.

**DONE AND ORDERED** at Tampa, Florida, on July 6, 2009.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>: Counsel of Record