UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY HARTMAN and
LAWRENCE SIINO,

    Plaintiffs,

v.                                            CASE NO: 8:08-cv-577-T-26TGW

MEDIA SYSTEMS, INC.,

    Defendant.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Plaintiffs' Motions in Limine (Dkts. 44 and 45) are denied without prejudice. Defendant shall make its exhibits available to Plaintiff for inspection no later than 5:00 p.m., Wednesday, October 7, 2009, failing which the Court will reconsider the issue of exclusion of Defendant's exhibits prior to jury selection. The parties shall address all other anticipated witness and evidentiary issues in their trial briefs.

**DONE AND ORDERED** at Tampa, Florida, on October 6, 2009.

                                          s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record