UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY HARTMAN and
LAWRENCE SIINO,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　CASE NO: 8:08-cv-577-T-26TGW

MEDIA SYSTEMS, INC.,

    Defendant.
    _____/

## **O R D E R**

Pending before the Court is Plaintiffs' opposed motion for award of attorney's fees and costs filed November 9, 2009, at docket 79. By endorsed order entered November 10, 2009, at docket 80, the Court directed Defendant's counsel to file a response to the motion on or before November 23, 2009. As of the date of the entry of this order, defense counsel has failed to file a response so that the Court reasonably assumes Defendant has withdrawn its objections to the amount of fees and costs sought by Plaintiffs.

Notwithstanding Defendant's failure to file a response, the Court has closely and carefully scrutinized Plaintiffs' counsel's submissions to insure that the hours claimed for attorney time and para-legal time were reasonably expended and that the hourly rates requested are reasonable and within the range of fees generally awarded in this community for similar services provided by attorneys and para-legals during the course of a proceeding involving the prosecution of a claim under the Fair Labor Standards Act (the FLSA). The Court has also carefully examined which costs are awardable as taxable costs pursuant to 28 U.S.C. § 1920.

After doing so, the Court is of the opinion that the hours claimed for attorney time - 117.3- and the hours claimed for para-legal time - 21.8 - are fair and reasonable in light of the fact that this case was litigated up to and through a jury verdict. The Court is also of the opinion that the hourly rate requested for attorney time - $300.00 - and the hourly rate requested for para-legal time - $105.00 - are consistent with other awards made by other district judges in this district involving proceedings under the FLSA as demonstrated by the cases outlined in Plaintiffs' counsel's affidavit in support of an award of fees and costs. As to taxable costs, however, although Plaintiffs' counsel is claiming an award of such costs in the total sum of $1,411.75, the Court determines that taxable costs under § 1920 are due only in the sum of $1,032.00 representing $350.00 for the Clerk's filing fee, $50.00 for the cost of service of process, $592.00 for deposition costs, and $40.00 for the costs of a trial subpoena.

Accordingly, it is ordered and adjudged as follows:

1) Plaintiffs' Motion for Award of Attorney's Fees and Costs (Dkt. 79) is granted.

2) Plaintiffs are awarded the sum of $37,479.00 for attorney's and para-legals' fees and $1,032.00 for taxable costs, for a total award of $38,511.00.

3) The Clerk is directed to enter judgment in favor of Plaintiffs and against Defendant in the sum of $38,511.00.

**DONE AND ORDERED** at Tampa, Florida, on November 25, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>: Counsel of Record